# UNITED STATES DISTRICT COURT
## for the
## Middle District of Florida

MAR 19 2026 AM11:28
FILED - USDC - FLMD - TPA

Kelly Ross

8:26-CV-735-WFJ-AAS

VS.                    Index No.

Joy Campanelli, Genine D. Edwards, Brian Gottlieb

1. Defendants had ex parte communication,

2. This case is within federal jurisdiction,

3. Plaintiff demands damages to be decided by the Court.

The undersigned declares under penalty of perjury that she is the plaintiff in the above action, that he has read the above complaint and that the information contained in the complaint is true and correct.

Kelly Ross
3/9/26